Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>BARRON CRAIG ATWATER,<br>        Defendant. | Docket 6:13-mj-18-MJS<br><br>STIPULATION TO CONTINUE<br>INITIAL APPEARANCE AND;<br>ORDER THEREON<br><br>Courtroom: U.S. District Court - Yosemite<br>Honorable Michael J. Seng |

IT IS HEREBY STIPULATED by and between Matthew McNease, the acting legal officer for the National Park Service, and Defendant, Barron Craig Atwater, that the Initial Appearance in the above-captioned matter currently set for May 7, 2013, at 10:00 a.m. be continued to June 4, 2013, at 10:00 a.m.

Dated: May 2, 2013    /S/ Matthew McNease
                                           Matthew McNease
                                           Acting Legal Officer
                                           Yosemite National Park


Dated: May 2, 2013    /S/ Barron Craig Atwater
                                           Barron Craig Atwater

\*\*\*ORDER\*\*\*

For good cause shown, the Court approves and adopts the above Stipulation as the Order of this Court. The Initial Appearance in *United States v. Barron Craig Atwater*, 6:13-mj-18-MJS, is hereby continued to June 4, 2013, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   May 3, 2013              /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE