Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>BARRON CRAIG ATWATER,<br>    Defendant. | Docket 6:13-mj-18-MJS<br><br>STIPULATION TO CONTINUE<br>INITIAL APPEARANCE AND;<br>ORDER THEREON<br><br>Courtroom: U.S. District Court - Yosemite<br>Honorable Michael J. Seng |

    IT IS HEREBY STIPULATED by and between Matthew McNease, the acting legal officer for the National Park Service, and Defendant, Barron Craig Atwater, that the Initial Appearance in the above-captioned matter currently set for June 4, 2013, at 10:00 a.m. be continued to June 18, 2013, at 10:00 a.m. Mr. Atwater needs more time in order to raise the finances to come to Yosemite National Park for his Initial Appearance.

    Dated: May 15, 2013            /S/ Matthew McNease
                                           Matthew McNease
                                           Acting Legal Officer
                                           Yosemite National Park

    Dated: May 15, 2013            /S/ Barron Craig Atwater
                                           Barron Craig Atwater

1

* * * ORDER * * *

Good cause appearing, the Court accepts the above Stipulation to continue the June 4, 2013 Initial Appearance to June 18, 2013, at 10:00 a.m., in *United States v. Barron Craig Atwater*, 6:13-mj-18-MJS, and HEREBY ORDERS AS FOLLOWS:

1. The June 4, 2013 Initial Appearance in the above-referenced case is continued to June 18, 2013, at 10:00 a.m.
2. Absent further order of the Court for good cause shown beyond that presented to date and based on presently unforseen and unforeseeable circumstances, there shall be **no further continuances** of the Initial Appearance date in this case.

IT IS SO ORDERED.

Dated:   May 16, 2013          /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE